

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
LUFKIN DIVISION**

| | | |
|---|---|---|
| **DORIS S. NELSON,** § | | |
| § | | |
| *Plaintiff,* § | | |
| § | | |
| v. § | | **CIVIL ACTION NO. 9:04CV253 (TH)** |
| § | | **JURY** |
| **WAL-MART STORES, INC.,** § | | |
| § | | |
| *Defendant.* § | | |

# ORDER ACKNOWLEDGING DISMISSAL
# BY STIPULATION AND CLOSING CASE

Before the Court is a *Stipulation of Dismissal With Prejudice Pursuant to Fed. R. Civ. P. 41* [Clerk's Docket No. 29] filed July 29, 2005 by plaintiff Doris S. Nelson and Wal-Mart Stores, Inc. Rule 41(a)(1) of the FEDERAL RULES OF CIVIL PROCEDURE provides that "an action may be dismissed by the plaintiff without order of the court . . . by filing a stipulation of dismissal signed by all parties who have appeared in the action."

The Court hereby **ACKNOWLEDGES** that plaintiff Doris S. Nelson has dismissed her claims against Wal-Mart Stores, Inc. with prejudice by stipulation.

**IT IS THEREFORE ORDERED** that the clerk is **DIRECTED** to close this case file.

**SO ORDERED.**

**SIGNED** this the 3 day of **August, 2005.**

_____
Thad Heartfield
United States District Judge